**Order entered December 12, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01172-CV

## VETRI VENTURES, LLC, Appellant

## V.

## WESTRIDGE EAGLES NEST OWNERS ASSOCIATION, Appellee

### On Appeal from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-02865-2019

## ORDER

Before the Court is appellee's December 9, 2022 unopposed second motion for an extension of time to file its brief. We **GRANT** the motion and extend the time to **January 18, 2023**. We caution appellee that further extension requests will be disfavored.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE